UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GERRIE REEDY-RANDALL, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

OPICHI FUNDS, LLC D/B/A ELOANWAREHOUSE,

    *Defendant*.
_____/

Case No. 2:23-cv-11875-MAG-APP

## NOTICE OF SETTLEMENT

Plaintiff, Gerrie Reedy-Randall, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: September 15, 2023

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
/s/ Garrett O. Berg
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132

Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                  **SHAMIS & GENTILE, P.A.**
                                  14 NE 1st Ave., Suite 705
                                  Miami, FL 33132
                                  Telephone (305) 479-2299
                                  Facsimile (786) 623-0915
                                  Email: efilings@shamisgentile.com

By:    /s/ Andrew J. Shamis
           Andrew J. Shamis, Esq.
           Florida Bar # 101754

           *Counsel for Plaintiff and the Class*