UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERRIE REEDY-RANDALL, individually and
on behalf of all others similarly situated,

    Plaintiff,          Civil Action No. 23-cv-11875

v                 HON. MARK A. GOLDSMITH

OPICHI FUNDS, LLC d/b/a
ELOANWAREHOUS,

    Defendant.

_____/

## ORDER OF DISMISSAL

On October 5, 2023, Plaintiff filed a notice of dismissal with the Court (Dkt. 6).  Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an

action without a court order by filing a notice of dismissal before the opposing party serves either

an answer or a motion for summary judgment."  Rule 41 also states that "[u]nless the notice or

stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Because Defendant has not yet served an answer or motion for summary judgment, and because

the notice of dismissal states that the dismissal is without prejudice, the Court hereby orders the

instant action dismissed without prejudice.

   SO ORDERED.

Dated:  October 12, 2023      s/Mark A. Goldsmith_____
   Detroit, Michigan      MARK A. GOLDSMITH
              United States District Judge